UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Martha Schoendorf</u>

    v.                                      Civil No. 11-cv-566-JL

<u>RTH Mechanical Contractors, Inc.</u>

### <u>O R D E R</u>

The court has undertaken active consideration of the defendant's motion to change venue (document no. 11). It is the court's practice to hear oral argument on all dispositive motions, but if NEITHER party desires oral argument, counsel are asked to so notify the Deputy Clerk as soon as practicable and the court will issue an order based on the filings. If the Deputy Clerk is not so informed by **April 10, 2012**, a hearing will be scheduled. Counsel are advised that any hearing scheduled on this motion will be <u>after</u> May 15, 2012. Further, if there is any reason that the court should not actively consider the motion at this time (such as an imminent settlement or planned, potentially successful mediation), counsel are requested to immediately notify the Deputy Clerk.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: April 3, 2012

cc: Jeffrey Neil Young, Esq.
    Lauren S. Irwin, Esq.
    Debra Dyleski-Najjar, Esq.